**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1823**

---

In re: ANDREW HARGETT, JR., a/k/a Moneybun,

Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:15-cr-00374-D-1)

---

Submitted:  October 16, 2025                          Decided:  October 20, 2025

---

Before KING, AGEE, and RICHARDSON, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Andrew Hargett, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Hargett, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Hargett's motion on March 25, 2025. Accordingly, because the district court has ruled on Hargett's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*